# United States District Court
## Southern District of Georgia

TONYA K. PATTERSON

Plaintiff

Case No. 1:15-cv-0138-JRH-BKE

v.

AJ SERVICES JOINT VENTURE I, LLP

Defendant

Appearing on behalf of

Defendant

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 3rd day of June, 2016.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | John D. Bennett |
| Business Address: | Elarbee, Thompson, Sapp & Wilson, LLP |
| | Firm/Business Name |
| | 800 International Tower, 229 Peachtree Street NE |
| | Street Address |
| | Atlanta, GA 30303 |
| | Street Address (con't) / City / State / Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2 / City / State / Zip |
| | 404-659-6700      059212 |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| Email Address: | bennett@elarbeethompson.com |